■ THE PEOPLE OF THE STATE OF NEW YORK, v BEN GELY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 11, 1976, convicting him of possession of weapons, etc., as a felony, upon a jury verdict, and imposing sentence. The appeal brings up for review a decision of the same court, dated August 1, 1975, which, after a hearing, denied defendant's motion to suppress evidence. Judgment affirmed. *People v Zvonik* (40 AD2d 840) is inapplicable. In that case the defendant objected to going to trial without the previously ordered bill of particulars. Hence, we reversed for noncompliance with the provisions of CPL 200.90 (subd 5). At bar, the defendant proceeded to trial without objection. Furthermore, the information sought by the bill of particulars was already in the possession of the defendant, since there had been a preliminary hearing at which the police officer, who was the only witness for the People at the trial, had fully testified. We have considered the other issues raised by the defendant and find them to be without merit. Rabin, Acting P. J., Shapiro, Titone and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PHILIP GERACE and EVAN EASTMAN, Respondents, et al., Defendants.—Consolidated

appeals by the People, as limited by its brief, from so much of two orders (one as to each respondent) of the County Court, Westchester County, both dated January 2, 1976, which granted the branches of respondents' separate motions which sought to suppress certain physical evidence on the ground of a lack of probable cause to support the issuance of a search warrant. Orders reversed insofar as appealed from, on the law, and the said branches of the motions are denied. There are no controverted questions of fact. In our opinion the affidavit in support of the search warrant was sufficient to establish probable cause (cf. *People v Hanlon,* 36 NY2d 549). Martuscello, Cohalan and Damiani, JJ., concur; Hopkins, Acting P. J., and Shapiro, J., dissent and vote to affirm the orders on the opinions of County Judge Lawrence N. Martin, Jr.